UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID CATALA,

    Petitioner,

v.                                                 CASE NO. 6:12-cv-1119-Orl-18TBS

SECRETARY, DEPARTMENT
OF CORRECTIONS, et al.,

    Respondents.

## ORDER

Petitioner filed a typed application for habeas corpus relief pursuant to 28 U.S.C. § 2254. Rule 2(c)(5) of *The Rules Governing Section 2254 Cases in United States District Courts* requires that the habeas petition be signed under penalty of perjury by the petitioner or a person authorized to sign for the petitioner pursuant to 28 U.S.C. § 2242.

Accordingly, not later than **FOURTEEN (14) DAYS** from the date of this Order, Petitioner shall re-file his habeas corpus petition and include on the last page his signature under the penalty of perjury or the signature of someone authorized to sign for him. Petitioner shall also provide the Clerk with one (1) additional copy of the revised petition for each named Respondent. **This case will be dismissed without further notice if Petitioner fails to file the amended petition within this time period.**

**DONE AND ORDERED** at Orlando, Florida, this 1st day of August, 2012.

```
                                    THOMAS B. SMITH
                                    United States Magistrate Judge
```

Copies to:
OrlP-3 8/1
David Catala